IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ARROW COMMUNICATION LABORATORIES, INC. d/b/a ARCOM, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 04-1271 (KAJ) |
| EAGLE COMTRONICS, INC., | ) ) ) | |
| Defendant. | ) ) | |

**STIPULATION AND ORDER TO EXTEND TIME**

IT IS HEREBY STIPULATED by the parties hereto, in furtherance of ongoing settlement negotiations, and subject to the approval of the Court, that the time by which Defendant Eagle Comtronics, Inc. has to respond to Plaintiff's Complaint is extended through and including Thursday, April 14, 2005.

/s/ William J. Wade
_____
William J. Wade (#704)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7718

*Attorneys for Plaintiff*

/s/ Kevin M. Baird
_____
Josy W. Ingersoll (#1088)
Kevin M. Baird (#4219)
YOUNG CONAWAY STARGATT &
  TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19899
(302) 571-6672

*Attorneys for Defendant*

SO ORDERED this _____ day of March, 2005.

_____
United States District Judge