IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARROW COMMUNICATION )<br>LABORATORIES, INC., d/b/a ARCOM, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>EAGLE COMTRONICS, INC., )<br>)<br>Defendant. ) | C.A. No. 04-1271 (KAJ) |

NOTICE AND ORDER OF DISMISSAL

NOTICE IS HEREBY GIVEN, pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, that all claims presented by the plaintiff's complaint in this action against the defendant are dismissed WITH PREJUDICE.

Dated: ~~March~~ April 13, 2005

/s/ William J. Wade
William J. Wade (#704)
RICHARDS, LAYTON & FINGER
One Rodney Square, P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7718
Attorneys for Plaintiff
(Wade@RLF.com)

ARROW COMMUNICATION
LABORATORIES, INC., d/b/a ARCOM

By: /s/ Gregory A. Tresness
Gregory A. Tresness, President

SO ORDERED this _____ day of _____, 2005.

_____
United States District Judge

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 13, 2005, I electronically filed the foregoing with the Clerk of Court using CM/ECF which will send notification of such filing to the following and which has also been served as noted:

### BY HAND

Josy W. Ingersoll, Esquire
Young Conaway Stargatt & Taylor, LLP
17th Floor, The Brandywine Building
1000 West Street
Wilmington, DE  19899

_Kelly E. Farnan_
Kelly E. Farnan (#4395)
(Farnan@rlf.com)

DATED: April 13, 2005